```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07763
    SEREDA IRVING HENRY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-3281


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/31/2008 and was not confirmed.

    The case was dismissed without confirmation 07/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
FLAGSTAR BANK              CURRENT MORTG        .00           .00          .00
SILVERLEAF VACATION CLUB   SECURED NOT I        .00           .00          .00
BENEFICIAL/HOUSEHOLD FIN   UNSECURED       NOT FILED          .00          .00
CAPITAL ONE                UNSECURED         1428.96          .00          .00
CAPITAL ONE                UNSECURED       NOT FILED          .00          .00
CITIBANK USA               UNSECURED       NOT FILED          .00          .00
CITIBANK/SEARS             UNSECURED       NOT FILED          .00          .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED          .00          .00
HSBC/CARSONS               UNSECURED       NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00          .00
PHARIA LLC                 UNSECURED          300.34          .00          .00
WEST ASSET MANAGEMENT      UNSECURED       NOT FILED          .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       320.00                      294.40
TOM VAUGHN                 TRUSTEE                                        25.60
DEBTOR REFUND              REFUND                                        230.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   550.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     294.40
TRUSTEE COMPENSATION                                25.60
DEBTOR REFUND                                      230.00
                        ----------              ----------
TOTALS                    550.00                   550.00



                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 07763 SEREDA IRVING HENRY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE